IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHNNY CORDREY, Inmate #N-81774, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 05-395-JPG |
| ROGER WALKER, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff has filed two motions to reconsider the Court's denial of his requests for appointment of counsel (Docs. 21, 22), asserting that he has made "reasonable efforts" to secure counsel. In support of that claim, he attaches just one letter from the Land of Lincoln Legal Assistance Foundation; in that letter, Plaintiff was advised that the Foundation is not authorized to represent incarcerated individuals. Seeking representation from an organization that cannot provide him with assistance is hardly reasonable.

Furthermore, until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, Plaintiff should have no need for counsel, as he has no need to seek discovery or file dispositive motions in this action at this time. Plaintiff's request for counsel is therefore premature, and the motions for reconsideration are **DENIED**. Once the Court has completed that preliminary review, Plaintiff may file a new request for appointment of counsel.

**IT IS SO ORDERED.**

**Dated: June 13, 2006.**

                                             s/ J. Phil Gilbert
                                             **U. S. District Judge**